IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25-588 |
| | ) | 49 U.S.C. § 46505(b)(1) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 981(a)(1)(G) |
| vs. | ) | 49 U.S.C. § 46304 |
| | ) | 49 U.S.C. § 46305 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **CASEY THOMAS GOODSON** | ) | **INDICTMENT** |

COUNT ONE
(Carrying a weapon or explosive on an aircraft)

THE GRAND JURY CHARGES:

That on or about February 27, 2025, in the District of South Carolina, the defendant, **CASEY THOMAS GOODSON**, did attempt to get on an aircraft in, or intended for operation in, air transportation or intrastate air transportation while having on the defendant's person and in the defendant's personal property a concealed dangerous weapon that is or would be accessible to the defendant in flight, to wit: the defendant, **CASEY THOMAS GOODSON**, attempted to board an airplane at Columbia Metropolitan Airport with a loaded Springfield Armory XDs 9mm pistol in his carry-on bag.

In violation of Title 49, United States Code, Sections 46505(b)(1).

1

## FORFEITURE

CARRYING A WEAPON OR EXPLOSIVE ON AN AIRCRAFT:

Upon conviction to violate Title 49, United States Code, Section 46505 as charged in this Indictment, the Defendant, **CASEY THOMAS GOODSON**, shall forfeit to the United States any aircraft involved in a violation referred to in section 46301(a)(1)(A)–(C); any property, real or personal that was used or intended for use to commit, or facilitate the commission of the offense; and any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense.

PROPERTY:

Pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (G), 49 U.S.C. § 46304, 49 U.S.C. § 46305, and 28 U.S.C. § 2461(c), the property which is subject to forfeiture for the offense charged in this Indictment includes, but is not limited to, the following:

A.   Firearm:

Springfield Armory XDs 9mm pistol
Serial Number: S3618045

B.   Magazines/Ammunition:

(1)   Two (2) magazines

(2)   Miscellaneous rounds of 9mm ammunition

C.   Cash Proceeds / Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offense charged in this Indictment, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to his violation of 49 U.S.C. § 46505.

2

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant-

        A.    Cannot be located upon the exercise of due diligence;

        B.    Has been transferred or sold to, or deposited with, a third person;

        C.    Has been placed beyond the jurisdiction of the court;

        D.    Has been substantially diminished in value; or

        E.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of a Defendant up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and G, Title 49, United States Code, Sections 46304 and 46305, and Title 28, United States Code, Section 2461(c).

A _____ *Trve* _____ BILL

FOREPERSON

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: _____

J. Scott Matthews (Fed. ID #13779)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-343-3163
Fax:   803-254-2912
Email: Scott.Matthews2@usdoj.gov

3